JAMES E. BRETT and others, *Respondents*, v. THOMAS MINFORD and others, *Appellants*. — Judgment reversed, new trial ordered, costs to abide event. Opinion by BRADY, J.

JOHN WILLIAMSON, *Respondent*, v. HENRY M. NEWHALL and others, *Appellants*. — Judgment modified as directed, and affirmed as modified, without costs. Opinion by DANIELS, J.